UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:11-CR-117-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER TO UNSEAL |
| | ) | |
| EDDIE O'NEAL BALLARD, JR. | ) | |

Upon motion of the United States of America, and for good cause shown, the above-captioned case is hereby ORDERED to be unsealed by the Clerk of the United States Court for the Eastern District of North Carolina.

This **29** day of **February**, 2012

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE